IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RECORDS,

    Plaintiff,                        No. CIV S-04-0944 GEB JFM

    vs.

UNITED STATES OF AMERICA,

    Defendant.                      ORDER

_____/

        A settlement conference was held before the undersigned on May 31, 2005. Maurice Smith appeared on behalf of plaintiff. Kendall Newman, Assistant United States Attorney, appeared on behalf of defendant. This case settled.

        In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 15, 2005.

        Discovery and motion practice are stayed; all hearing dates set in this matter are hereby vacated.

        Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: June 1, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

001; records.045