McGREGOR W. SCOTT
United States Attorney
KENDALL NEWMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES RECORDS, | ) | CIV-S-04-0944 GEB/JFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| v. | ) | **AND (PROPOSED) ORDER** |
| | ) | **OF DISMISSAL** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the terms of a written Settlement Agreement, and pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

//

//

1

IT IS SO STIPULATED.

DATED: June 29, 2005                 /s/ MAURICE B. SMITH
                                     MAURICE B. SMITH, Esq.
                                     Attorney for Plaintiff


DATED: June 29, 2005                 McGREGOR W. SCOTT
                                     United States Attorney


                          By:        /s/ KENDALL J. NEWMAN
                                     KENDALL J. NEWMAN
                                     Assistant U.S. Attorney
                                     Attorneys for Defendant


## ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

Dated: June 30, 2005

                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

2